```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 04219
   ZHENA C LEONARD
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4218

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/09/2007 and was confirmed 05/21/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   5.00%.

     The case was dismissed after confirmation 02/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV   UNSECURED           12414.01            .00            .00
AT&T                       UNSECURED          NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED            1317.00            .00            .00
AFFIRMATIVE INSURANCE      UNSECURED          NOT FILED            .00            .00
FIRST BANK                 UNSECURED             124.32            .00            .00
IQ TELECOM                 UNSECURED          NOT FILED            .00            .00
ISAC                       UNSECURED           24901.29            .00            .00
UNIVERSITY RADIOLOGY       UNSECURED          NOT FILED            .00            .00
EMERGNCY ROOM CARE PROV    UNSECURED          NOT FILED            .00            .00
GOOD SAMARITAN HOSPITAL    UNSECURED          NOT FILED            .00            .00
NICOR GAS                  UNSECURED             595.77            .00            .00
LISLE WOODRIDGE FIRE PRO   UNSECURED          NOT FILED            .00            .00
AT&T WIRELESS              UNSECURED             736.31            .00            .00
SPRINT-NEXTEL CORP         UNSECURED            1041.85            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED             115.72            .00            .00
DUPAGE EMERGENCY PHYSICI   UNSECURED          NOT FILED            .00            .00
SERGIO GONZALEZ            UNSECURED          NOT FILED            .00            .00
WILL COUNTY CREDIT UNION   UNSECURED            4231.66            .00            .00
CALVARY PORTFOLIO SERVIC   UNSECURED           28404.57            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY          2,464.00                       795.14
TOM VAUGHN                 TRUSTEE                                              54.86
DEBTOR REFUND              REFUND                                              350.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   1,200.00

PRIORITY                                                                        .00
SECURED                                                                         .00
UNSECURED                                                                       .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 04219 ZHENA C LEONARD
```

```
ADMINISTRATIVE                                                 795.14
TRUSTEE COMPENSATION                                            54.86
DEBTOR REFUND                                                  350.00
                                    ---------------    ---------------
TOTALS                                     1,200.00           1,200.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 07/17/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```